# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. LEWIS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00570-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE WITHIN THIRTY DAYS OR THE ACTION WILL BE DISMISSED<br><br>[ECF Nos. 3, 5] |

Plaintiff John Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 3, 2017, the Magistrate Judge filed Findings and Recommendations which recommended that Plaintiff's application to proceed in forma pauperis be denied, and Plaintiff be required to pay the $400 filing fee. The findings and recommendations were served on the parties and contained notice that were to be filed within thirty days. Over thirty days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing,

1. The Findings and Recommendations, filed on May 3, 2017, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis is denied; and
3. Within thirty (30) days from the date of service of this order, Plaintiff shall pay the $400 filing fee or the action will be dismissed.

IT IS SO ORDERED.

Dated:  June 30, 2017

_____
SENIOR DISTRICT JUDGE