UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00570-AWI-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE $400.00 FILING FEE<br><br>[ECF No. 6] |

Plaintiff John Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 30, 2017, Plaintiff's application to proceed in forma pauperis was denied, and Plaintiff was directed to pay the $400.00 filing fee within thirty days from the date of service of the order. Over thirty days have passed and plaintiff failed to pay the filing fee. The court's June 30, 2017, order advised Plaintiff that the failure to pay the required fling fee within the time provided will result in dismissal of this action. Because Plaintiff has failed to pay the filing fee, the instant action is dismissed.

IT IS SO ORDERED.

Dated:   September 18, 2017                              _____
                                                                                  SENIOR  DISTRICT  JUDGE

1